Elaine

# NOTICE OF AVAILABILITY FOR LEASING OF

# GOVERNMENT LAND

# AT

# LAKE SHELBYVILLE, ILLINOIS

# FOR DEVELOPMENT OF A MARINA AND RELATED RECREATIONAL FACILITIES

U.S. ARMY CORPS OF ENGINEERS
ST. LOUIS DISTRICT

DEADLINE FOR SUBMITTAL OF APPLICATIONS HAS BEEN EXTENDED TO CLOSE OF BUSINESS, SEPTEMBER 30, 1994
WHERE: U.S. ARMY CORPS OF ENGINEERS
MANAGEMENT AND DISPOSAL BRANCH, REAL ESTATE DIVISION
1222 SPRUCE STREET
ST. LOUIS, MISSOURI 63103

Notice No. DACW43-9-94-62

August 17, 1994

DEPARTMENT OF THE ARMY
ST. LOUIS DISTRICT, CORPS OF ENGINEERS
1222 SPRUCE STREET
ST. LOUIS, MISSOURI 63103-2833

June 15, 1994

REPLY TO
ATTENTION OF
Management and Disposal Branch
Real Estate Division

Dear Interested Party:

The U.S. Army Corps of Engineers, St. Louis District is seeking applicants for the development of a commercial marina and related facilities at Lake Shelbyville, Illinois. Lake Shelbyville covers approximately 11,100 acres surrounded by 172 miles of forested shoreline. The picturesque lake receives approximately 3,000,000 visitor days annually. There are 19 recreational sites offering a variety of recreational activities including sightseeing, fishing, boating, water skiing, camping, picnicking, swimming, hiking, hunting and horseback riding.

An area commonly known as Fox Harbor has been selected as the site for development. The area is further described in the "Location and Site Description" section of the application package.

The United States Government, as owner of the proposed marina site, has three major objectives:

1. To obtain a high-quality, marina and related recreational facilities for the public; and

2. To obtain an appropriate monetary return to the Government for use of public land; and

3. To offer an opportunity for the selected developer to receive an appropriate return on investment.

This is an opportunity for interested developers to submit applications based upon their interpretation of public need and market feasibility. The Government has conducted a limited market analysis and concludes that a demand for a marina facility exists in the area. A minimum level of development is required. The Government does not provide any warranty that demand will support the minimum requirements. No analysis was conducted to support more substantial development. Careful consideration should be given to the economics, financing, and operation of any proposed facilities. Significant investments will require further market studies. The Government does not guarantee success of any development.

The application package contains all of the pertinent information required to submit an application. The requirement for construction of minimum facilities is also included in the application package. Careful attention should be given to the proper submission of the required information contained in sections entitled GENERAL INSTRUCTIONS AND REQUIRED APPLICANT INFORMATION.

**A preapplication meeting will be held for all interested applicants at 10:00 a.m. on July 8, 1994, at the proposed concession site, to identify any questions regarding the application requirements.**

Copies of the application package may be obtained at the Lake Shelbyville Management Office (217) 774-3951 or may be obtained by calling or writing Gary E. Camp or Mary Winston, U.S. Army Corps of Engineers, Real Estate Division (CELMS-RE-M), 1222 Spruce Street, St. Louis, MO 63103-2833, (314) 331-8179 or (314) 331-8183.

Sincerely,

Thomas R. Hewlett

Thomas R. Hewlett
Chief, Management and
Disposal Branch
Real Estate Division

## TABLE OF CONTENTS


Page

Location and Site Description .......... 1

Schedule .......... 3

General Selection Criteria .......... 4

General Instructions .......... 4

Required Applicant Information .......... 6

Authority to Lease .......... 8

General Lease Terms and Conditions .......... 8

EXHIBITS

Legal Description .......... EXHIBIT "A"

Site Map .......... EXHIBIT "B"

Site Concept Plan .......... EXHIBIT "C"

Application and Transmittal Form .......... EXHIBIT "D"

Certificate of Authority .......... EXHIBIT "E"

Sample Concession Lease .......... EXHIBIT "F"

Graduated Rental System .......... EXHIBIT "G"

Checklist .......... EXHIBIT "H"

Project Brochure .......... EXHIBIT "I"

## LOCATION AND SITE DESCRIPTION

Lake Shelbyville is located on the Kaskaskia River in the central Illinois counties of Shelby and Moultrie. The dam responsible for formation of the lake lies one-half mile east of Shelbyville, Illinois.

Glacial waters cutting through the moraine created a deep valley with steep sides. Placing a dam in this valley produced a lake that is relatively deep, considering the surrounding flat and poorly drained uplands. The steep slopes adjacent to the lake are mostly wooded, while surrounding uplands are primarily agricultural. At the normal summer pool elevation of 599.7 NGVD (National Geodetic Vertical Datum), Lake Shelbyville has a water surface of 11,100 acres, a shoreline of 172 miles, and a depth of water from the valley floor at the dam of 53 feet, normal winter pool elevation is 594.0 NGVD.

Highways providing direct access to the lake include Illinois Route 16 running east-west on the south side of the lake; Illinois Route 32 running north-south on the east side of the lake; Illinois 121 running northwest-southeast on the north side of the lake; and Illinois Route 128 running north-south on the west side of the lake. These routes, along with Illinois Route 29, connect Lake Shelbyville with Interstate Highways 55, 57, 70 and 72. Most cities in central Illinois and adjoining areas are located on or near these Interstate Highways.

The area available for development is referred to as Fox Harbor, as shown on Exhibits "A" and "B". This 47.37 acre area was formerly under lease to Illinois Fox Harbors, Inc. The former lease area consisted of a campground and marina concession

site. The area is situated on the east side of Illinois Route 32, near the north side of the highway bridge. Former services included boat rental slips, campsites, marine gasoline sales, sanitary pumpout service and a restaurant. A site map of the concession development is shown as Exhibit "B".

Telephone, electric, water and sewer services are available. provided by Corp.

Notice No. DACW43-9-94-62

# SCHEDULE*

Pre-proposal Conference.........................July 8, 1994
Deadline for Submission of Applications.........August 15, 1994
Award Commercial Concession Lease...............September 30,1994

*Note:

This schedule is an estimate. All necessary regulatory permits and approvals must be obtained prior to commencement of construction. The amount of time for regulatory review is dependent upon the nature of any environmental issues that are identified during the process.

Notice No. DACW43-9-94-62

GENERAL SELECTION CRITERIA

The following will be considered to assist the Government in selecting the successful lease applicant.

a. **Diversity of Proposed Recreation Opportunities**
   1. Design in accordance with the section entitled **"REQUIRED MINIMUM FACILITIES (EXHIBIT "C")**
   2. Design quality and nature of development
   3. Proposed operation of the development
   4. Compatibility with the lake setting
   5. Proposed construction sequencing/phasing

b. **Financial Capability**
   1. Bank references
   2. Financial Statement *How detailed*
   3. Financial Plan for first five years

c. **Experience and Background**
   1. Comparable experience
   2. Business experience and training
   3. Current or previous work with Federal Government
   4. Business and personal references

d. **Credit and Criminal Background Check** *approval for check or completed check?*

GENERAL INSTRUCTIONS

a. **Required Submittals.** EXHIBIT "D" (APPLICATION AND TRANSMITTAL FORM) must be signed by the applicant and returned with detailed information required in the section entitled **REQUIRED APPLICANT INFORMATION.**

b. **Marking and Sealing Applications.** Written Applications must be enclosed in a sealed, marked, and addressed envelope as follows:

RETURN ADDRESS OF APPLICANT

SEALED APPLICATION FOR LEASE OF REAL PROPERTY AT LAKE SHELBYVILLE, ILLINOIS - DO NOT OPEN IN MAILROOM

TO: District Engineer
St. Louis District, U. S. Army Corps of Engineers
ATTN: CELMS-RE-M
1222 Spruce Street
St. Louis, Missouri 63103-2833

The following Notice Number must appear in the lower left corner of the envelope:

Notice No. DACW43-9-94-62

c. **Deadline.** Applications will be accepted until Close Of Business (C.O.B.), August 15, 1994. Modifications of the original application may be made in sealed envelopes, up to the time of opening.

d. **Rejection of Application.** The right is reserved, as the interests of the Government may require, to reject at any time any and all applications, to waive any informality in applications received, and to accept or reject any items of any applications unless such application is qualified by specific limitation.

e. **Default.** In the event that the successful applicant fails to enter into a lease within thirty (30) days after receipt of Government notification that the application has been accepted and receipt of a draft lease for execution, or in the event that the successful applicant fails to otherwise comply with the terms of this Notice, the Government may declare, in writing, that the applicant is in default. If found in default, the applicant will be given ten (10) days to correct the default or forfeit any rights as the successful applicant. The Government may then select the next highest rated applicant.

f. **Additional Information.** Any questions concerning this application may be directed to: Gary E. Camp or Mary Winston, (314) 331-8179 or (314) 331-8183. Questions concerning the proposed lease site should be directed to: Winston B. Campbell at the Lake Shelbyville Management Office, (217) 774-3951.

g. **Award of Lease.** A lease will be granted to the applicant with the best application, who is responsive to this Notice, provided that the applicant is responsible, the application is reasonable, and it is in the interest of the Government to issue the lease.

h. **Deposit. Applicant will submit a non-refundable application fee of $100.00, payable to "FAO, USACE, Memphis District".**

i. **Performance Bond.** Depending on the scope of development and the applicant's individual circumstances; a performance bond, letter of credit, or performance deposit may be required to defray Government expenses of going through the lease selection process should the applicant default after award of the lease.

- Bid - 5,000 - $10,000 -

j. **Pre-application Conference.** It is the responsibility of the applicant to make sure that all lease provisions are understood and the condition of the premises proposed for lease are known. Prior to selection of the successful applicant, the Corps will conduct a pre-application conference with all applicants at the proposed concession site, 10:00 a.m. on July 8, 1994. At this conference, the lease will be reviewed and Corps' policies will be discussed.

**REQUIRED APPLICANT INFORMATION**

An original and five copies of the following information must be provided to assist the Government in selecting the successful applicant:

a. **General Information:** Provide name, address, and telephone number of the applicant and, if applicable, the name, address, and telephone number of a representative authorized to act on behalf of the applicant during the course of the project.

b. **Experience and Background:** (Note: All criminal background check information will be held in confidence).

1. List all previous business endeavors with a description of the business operation and status.

2. Provide a description of any management qualifications and experience.

3. Provide personal and business references.

4. If applicant is a corporation, the following information is required:

(a) Articles of Incorporation and by-laws, and a current certificate of good standing from the Sec. of State's office of the incorporating state.

(b) Corporate resolution approving the Application or a Certificate of Authority (EXHIBIT "E") showing the authority of the person signing the Application and Transmittal Form to execute the form for the Corporation.

(c) Summary of Corporate Activity.

(d) An original copy of current credit information from a nationwide credit bureau for all major shareholders.

(e) A certified criminal background check for all major shareholders from each shareholder's local law enforcement agency to include a National Crime Information Center check.

5. If the applicant is a partnership, the following is required:

(a) The partnership agreement.

(b) Names, addresses, dates of birth, and Social Security numbers of the partners and all addresses they have used for the past ten (10) years.

(c) An original copy of current credit information from a nationwide credit bureau for all major partners.

(d) A certified criminal background check for all major partners from each partner's local law enforcement agency to include a National Crime Information Center check.

6. If applicant is a sole proprietor, the following is required:

(a) Social Security number, date of birth, current address, and all addresses used for the past ten (10) years must be provided.

(b) An original copy of current credit information from a nationwide credit bureau.

(c) A certified criminal background check from your

local law enforcement agency to include a National Crime Information Center check.

c. **Financial Capability** (Note: All financial data will be held in confidence).

1. If the applicant is a corporation or limited partnership, a current financial statement prepared by an independent Certified Public Accountant or by an independent licensed public accountant must be provided. A personal financial statement of the key owners/principals must be included. certified?

2. If the applicant is an individual or partnership, a complete and current personal financial statement must be provided.

3. Provide the names, addresses, and telephone numbers of at least two commercial or institutional credit references from which the applicant has previously obtained financing. Attach a letter authorizing each credit reference to respond to inquiries from the Government.

d. **Plan of Operation and Development.**

1. Provide a conceptual site plan, to scale, depicting landscaping, buildings, docks, platforms, roads, and any other proposed facilities.

2. Provide a five-year plan for development and operation of the leased premises. The plan must show goals and objectives for each year and the estimated cost of any development.

3. Identify applicant's key positions and their duties and responsibilities as they relate to the business.

4. Provide a preliminary budget, projected cash flow, estimated operating costs, and detailed plans of financing, including identity of proposed lenders. Identify all interim and permanent sources of funds.

5. Other information may be requested as required by the District Engineer or his authorized representative. A formal presentation and explanation of the proposed development may be required.

AUTHORITY TO LEASE

The authority of law for the issuance of a lease for this property is Title 16 of the United States Code, Section 460d.

GENERAL LEASE TERMS AND CONDITIONS

a. **Lease Form.** The successful applicant will be required to enter into a lease with the United States on a form substantially in conformance with the enclosed sample lease shown as EXHIBIT "G".

1. **Lease Term.** A term up to twenty-five years with one option to renew may be issued dependent upon the amount of proposed investment. Applications which require terms beyond twenty-five years will be considered; however, they will require additional justification by the applicant and approval by the Director of Real Estate, U.S. Army Corps of Engineers, Washington, D.C.

2. **Non-Discrimination Policy.** By submittal of an application, the applicant agrees to provide non-discrimination and Civil Rights assurances, if applicable.

3. **Prohibited Uses.** Particular attention should be paid to Condition No. 23 of the proposed lease which states the Corps' limitations on alcohol sales and gambling on Government property and Condition No. 19 which prohibits timeshare ownership on Government property.

4. **Signs.** All signs on the proposed area must be in accordance with The Corps of Engineers' Sign Standards Manual, EP 310-1-6A, Chapter 17, which will be provided upon request.

b. **Site Development Area.** EXHIBIT "B" generally depicts the proposed development area. A more detailed description of the site will be included as an exhibit to the lease when more detailed development plans are presented by the applicant.

c. **Comprehensive Environmental Response, Compensation and Liability Act.** Prior to execution of the lease, a preliminary assessment screening will be conducted by the Government on the subject property pursuant to the Comprehensive Environmental, Response, Compensation and Liability Act, 42 USC 9601 et seq., to determine if there is evidence that the property has been the site of release, storage, or disposal of hazardous substances, and, if so, to identify the nature of any such substance, when it

EXHIBIT "A"

LEGAL DESCRIPTION

A tract of land lying within the U.S. Government Reservation, Lake Shelbyville, situated in the northeast quarter of Section 35, Section 26, Township 13 north, Range 5 east of the 3rd principal meridian, Moultrie County, State of Illinois, and being more particularly described as follows:

> Beginning at a corner common to Sections 25, 26, 35, and 36; thence Southwardly, 325.0 feet along a line common to Sections 35 and 36; thence Northwestwardly, to the intersection of the south bank of the Kaskaskia River and the east right-of-way line of Illinois Highway 32; thence Northwardly, along the above-mentioned east right-of-way line 400.0 feet, more or less; thence Westwardly, along the above mentioned right-of-way 100.0 feet, more or less; thence Northwardly, along the above mentioned east right-of-way line to a point on the north line of the south 165.0 feet of the north half of the southeast quarter of Section 26; thence Eastwardly, along the above-mentioned north line to a point on the west right-of-way line of Wabash Railroad (abandoned); thence Southeastwardly, along the above-mentioned west right-of-way line to a point on the south line of Section 25; thence Westwardly, to the point of beginning, containing 47.37 acres, more or less, as shown on map marked Exhibit "A" attached hereto and made a part hereof.

EXHIBIT "A"

EXHIBIT "B"

SITE MAP




CONCESSION AREA 21
FOX HARBOR

EXHIBIT "B"

EXHIBIT "C"

SITE CONCEPT PLAN

# REQUIRED MINIMUM FACILITIES AND POTENTIAL FACILITIES

ILLINOIS FOX HARBOR
LAKE SHELBYVILLE, ILLINOIS
SITE CONCEPT PLAN

The premises are advertised for use by a new lessee solely for the conduct of business in connection with the approved recreational development of the premises for the general use of the public as follows:

I. Full Service Marina

In order to constitute a "full service marina" the concessionaire must provide quality facilities and services with the objective of satisfying public demand in the manner specified as follows:

II. Services

A. Said business must provide storage for two hundred boats (200) and offer the following activities as a minimum, by the conclusion of the second year after the contract award: ?

1. Rental of boats and motors.

2. Rental of open and covered slips for recreational use and storage.

3. Boat and motor repair services.

4. Sale of motor fuels.

5. Public rest room facilities and marine sewage pump out service. ?

6. Provide towing and emergency servicing to stranded boats from the Coal Shaft Bridge eastward, encompassing the navigable portions of Camfield Branch, Whitley Creek, and the Kaskaskia River.

7. Launching and retrieval services for large boats.

EXHIBIT "C"

B. Said business may also include at its option, with approval:

1. Guide services.

2. Provision of overnight accommodations (cabins).

3. Provision of seasonal camping and non-transient trailer sites which meet applicable standards.

4. Storage of boats on trailers.

5. Boat raising (sunken craft) and retrieval. Sale of boats, motors, and boating accessories.

6. Sale of fishing supplies.

7. Sale of prepared foods (restaurant, snack bar, etc.).

8. Sale of miscellaneous gift items judged not to be offensive in language or appearance. Any products judged by the Government to be offensive will be removed upon notification.

9. Sale of grocery items, personal care products, prepackaged food items, and snacks and refreshments.

10. Rental of recreation vehicles.

11. Transportation to off-site storage facility.

12. Swimming pool and public shower facilities. (Showers required if camping or swimming pool is provided.)

III. <u>Structures</u>

A. The following structures, currently located on the premises, will be removed from the lease site unless other arrangements are made.

| Item: Galva Foam Docks | Number | and Size |
|---|---|---|
| 1. Open slips | 7 | 16′ x 40′ |
| | 7 | 16′ x 34′ |
| | 5 | 18′ x 20′ (double wide) |
| | 13 | 12′ x 26′ |
| 2. Covered slips | 10 | 16′ x 34′ |
| | 14 | 16′ x 40′ |

3. Fuel dock 1 60′ x 70′

4. Restaurant platform 1 50′ x 60′

5. Swimming pool

6. Conduit and pipeline to docks

B. The following existing structures will be removed prior to opening the concession to the public:

1. Fish cleaning station

2. Service building

3. Office building

4. Sewage treatment plant

5. Wooden docks

6. Underground storage tanks

C. Appurtenances

The following structures are permanent improvements upon the area to be leased and will remain on the premises.

1. Revetment (Riprap Harbor Wall)

2. Concrete Boat Ramp

3. Roads

4. Parking Lot

5. Water, Sewer, Electric Lines ?

D. Special Notices:

?

1. Breakwater. The offeror is advised that wind conditions in the harbor are such that a substantial investment in a breakwater will be necessary for the operation of the marina. The cost and responsibility for providing the breakwater must be borne by the offerer and should be specified in the proposal, in order to be considered responsive.

2. Water Fluctuation. During periods of drought, shallow water may restrict ingress-egress to the marina and restrict boat slip use and during periods of high water boats may not be able to pass under the Highway 32 bridge.

3. Walkways. Replacement and/or repair of walkways between the parking lot and marina will be the responsibility of the lessee.

EXHIBIT "D"

APPLICATION AND TRANSMITTAL FORM

APPLICATION AND TRANSMITTAL FORM
FOX HARBOR MARINA
LAKE SHELBYVILLE, ILLINOIS
NOTICE NO. DACW43-9-94-62

TO: Real Estate Division
Attn: CELMS-RE-M
St. Louis District, U. S. Army Corps of Engineers
1222 Spruce Street
St. Louis, Missouri 63103-2833

Sir:

In accordance with Notice No. DACW43-9-94-62, dated June 15, 1994, for the lease of a site for commercial concession purposes at Fox Harbor Marina, Lake Shelbyville, Illinois, I hereby submit an original and five copies of the enclosed application, plans, and specifications and hereby agree:

a. To execute a lease within 30 days of receipt of the lease. The lease shall contain substantially the same terms and conditions included in the lease form attached as a part of this notice.

b. To pay rental in accordance with the schedule shown in Condition No. 2 of the attached lease.

c. To warrant that no person or selling agency has been employed or retained to solicit or secure this lease upon an agreement or understanding for a commission, percentage, brokerage, or contingent fee, excepting bona fide employees or bona fide established commercial or selling agencies maintained by the proposer for the purpose of securing business. For breach or violation of this warranty, the Government shall have the right to annul the lease without liability, or, at its discretion, to require the Lessee to pay the full amount of such commission, percentage, brokerage, or contingent fee in addition to rental.

d. To furnish such additional information and data pertaining to my (our) qualifications and/or financial position as the District Engineer may request.

A check in the amount of $100.00 payable to "FAO, USACE, Memphis District" is enclosed as my nonrefundable application fee.

Sincerely,

CERTIFICATE OF AUTHORITY

I ____________________________________________, certify that I am the _______________________________________ Secretary of the Corporation, named as offeror herein; that __________________________________________ who signed this notice on behalf of the offeror, was then _______________________________________ of said corporation; that said notice was duly signed for, and in behalf of said corporation by authority of its governing body and within the scope of its corporate powers.

CORPORATE
SEAL

__________________________________

EXHIBIT "E"

EXHIBIT "F"

SAMPLE CONCESSION LEASE

NO. ______________________

DEPARTMENT OF THE ARMY

LEASE

FOR COMMERCIAL CONCESSION PURPOSES

______________________
SITE

______________________
PROJECT NAME

______________________
COUNTY, STATE

**THIS LEASE** is made on behalf of the United States, between the **SECRETARY OF THE ARMY**, hereinafter referred to as the Secretary, and ______________________ hereinafter referred to as the Lessee, ______________________,

**WITNESSETH:**

That the Secretary, by authority of Title 16, United States Code, Section 460d, and for the consideration hereinafter set forth, hereby leases to the Lessee, the property identified in Exhibit(s) ______________________, attached hereto and made a part hereof, hereinafter referred to as the premises, for commercial concession purposes.

**THIS LEASE** is granted subject to the following conditions:

1. **TERM**

Said premises are hereby leased for a term of ________ years, beginning ______________________, ______ and ending ______________________, ______.

2. **CONSIDERATION**

a. The rent due to the United States in consideration of this lease shall be calculated using the Revised Graduated Rental System (RGRS). The total gross receipts for each rental payment period will be multiplied by the applicable percentage rate and the resulting total due payable within ten days to _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ ______________________.

The percentage rate for the upcoming rental year will be selected from the following RGRS rental rate chart, using the line for the total gross receipts of the ending rental year:

| GROSS RECEIPTS (GR) | % RENT |
|---|---|
| Under $50,000 | 2.0% |
| $50,000-$200,000 | 2.1% |
| $200,000-$400,000 | 2.2% |

Different from Findley + Lithia Sp.

| | |
|---|---|
| $400,000-$600,000 | 2.3% |
| $600,000-$800,000 | 2.4% |
| $800,000-$1,000,000 | 2.5% |
| $1,000,000-$1,200,000 | 2.6% |
| $1,200,000-$1,400,000 | 2.7% |
| $1,400,000-$1,600,000 | 2.8% |
| $1,600,000-$1,800,000 | 2.9% |
| $1,800,000-$2,000,000 | 3.0% |
| $2,000,000-$2,200,000 | 3.1% |
| $2,200,000-$2,400,000 | 3.2% |
| $2,400,000-$2,600,000 | 3.3% |
| $2,600,000-$2,800,000 | 3.4% |
| $2,800,000-$3,000,000 | 3.5% |
| $3,000,000-$3,200,000 | 3.6% |
| $3,200,000-$3,400,000 | 3.7% |
| $3,400,000-$3,600,000 | 3.8% |
| $3,600,000-$3,800,000 | 3.9% |
| $3,800,000-$4,000,000 | 4.0% |
| $4,000,000-$4,200,000 | 4.1% |
| $4,200,000-$4,400,000 | 4.2% |
| $4,400,000-$4,600,000 | 4.3% |
| $4,600,000-$4,800,000 | 4.4% |
| $4,800,000-$5,000,000 | 4.5% |
| $5,000,001 and above | 4.6% |

(1) Gross receipts are defined as the total of the concessionaire's receipts from business operations conducted on the premises, including receipts of sub-lessees and licensees. No reductions are permitted except the costs of hunting and fishing licenses, license fees and taxes collected for direct remittance to a taxing authority, that portion of income from guide service paid directly to the guide(s), and the exact amount collected from customers for electrical service which is metered to the customer and collected by the Lessee as the servicing agent and paid to the power company. (OPTIONAL: Sale receipts from boats and motors are excluded and assessed a straight one-percent rent.)

(2) The rental payment shall be (monthly)(quarterly)(semi-annually)(annually) with the first payment due ________________. The rental year (will begin on the beginning date of this lease, and each anniversary date thereafter)(will be a partial year the first year, beginning on the date of this lease and ending on 31 December 199__; for each rental year thereafter, the year will begin on 1 January and end on 31 December.)

(3) RENT PAYMENT CALCULATION FORM

Reporting period ________________________

a) Gross receipts for this period: $__________

b) Rent rate: x __________

c) Amount due (a x b) $__________

IF OPTIONAL BOAT RATE SELECTED:

d) Boat and motor sales: $__________

e) Rate: x 0.01

f) Amount due (d x e) $__________

TOTAL DUE (c + f) $__________

b. All rent and other payments due under the terms of this lease must be paid on or before the date they are due in order to avoid the mandatory sanctions imposed by the Debt Collection Act of 1982, 31 U.S.C. § 3717. This statute requires the imposition of an interest charge for the late payment of debts owed to the United States; an administrative charge to cover the costs of processing

and handling delinquent debts; and the assessment of an additional penalty charge on any portion of a debt that is more than 90 days past due. The provisions of the statute will be implemented as follows:

(1) The United States will impose an interest charge, the amount to be determined by law or regulation, on late payment of rent. Interest will accrue from (the due date) (the later of the due date or the date notification of the amount due is mailed to the Lessee). An administrative charge to cover the cost of processing and handling each late payment will also be imposed.

(2) In addition to the charges set forth above, the United States will impose a penalty charge of six percent (6%) per annum on any payment, or portion thereof, more than ninety (90) days past due. The penalty shall accrue from the date of the delinquency and will continue to accrue until the debt is paid in full.

(3) All payments received will be applied first to any accumulated interest, administrative and penalty charges and then to any unpaid rental or other payment balance. Interest will not accrue on any administrative or late payment penalty charges.

3. NOTICES

All correspondence and notices to be given pursuant to this lease shall be addressed, if to the Lessee, to ____________________ ____________________________________________,

and, if to the United States, to the District Engineer, Attn: Chief, Real Estate Division, ____________________ ____________________________________________, ____________________________________________, or as may from time to time otherwise be directed by the parties. Notice shall be deemed to have been duly given if and when enclosed in a properly sealed envelope or wrapper, addressed as aforesaid, and deposited, postage prepaid, in a post office regularly maintained by the United States Postal Service.

4. AUTHORIZED REPRESENTATIVES

Except as otherwise specifically provided, any reference herein to "Secretary of the Army," "District Engineer," "said officer" or "Lessor" shall include their duly authorized representatives. Any reference to "Lessee" shall include sub-lessees, assignees, transferees, concessionaires, and its duly authorized representatives.

5. USE AND DEVELOPMENT OF THE PREMISES

a. The premises may be occupied and used by the Lessee or duly authorized agents, sublessees, assignees, or transferees solely for the conduct of business in connection with the recreational development of the premises for the general use of the public. Lessee shall provide facilities and activities in accordance with the Use and Development Plan and its architectural theme and sign plan, as supplemented or amended, (Development Plan) and attached hereto as Exhibit ____. **(FOR RENEWALS WITHOUT SIGNIFICANT PROPOSED NEW DEVELOPMENT, REPLACE PRECEDING SENTENCE WITH THE FOLLOWING)** Lessee shall continue to provide current facilities and activities in accordance with a Use Plan showing location of existing facilities and current activities, attached exhibit ____, and will place and maintain signs in accordance with the sign plan, attached as exhibit ____.) The sign plan will be in accordance with the Sign Standards Manual, EP 310-1-6A, Chapter 17.

b. No structure may be erected or altered upon the premises unless and until said Development Plan **(FOR RENEWALS WITHOUT A DEVELOPMENT PLAN, REPLACE**

"said Development Plan" with "such structure") has been approved in writing by the District Engineer. The District Engineer may require the Lessee, upon completion of each of the proposed developments, to furnish a complete "as built" site plan and "as built" construction plans for all facilities with certification by a Professional Engineer that the construction meets all codes and standards.

**(DELETE THE FOLLOWING CONDITION FOR RENEWALS WITHOUT DEVELOPMENT PLANS)**

c. The District Engineer may agree in writing to an extension of time for providing the facilities and activities designated in said Development Plan or may waive the providing thereof for other than those specified for the first lease year as designated in said development Plan, whenever, in the opinion of the District Engineer, the public demand does not reach the anticipated level at the time stated, or when a delay in providing the facilities and services is beyond the control of the Lessee; provided, however, that at the discretion of the District Engineer, such undeveloped areas may be withdrawn from the leased premises.

d. The use and occupation of the premises shall be subject to the general supervision and approval of the District Engineer. Modifications to said Development Plan must be approved in writing by the District Engineer prior to implementation of the change.

e. All structures and equipment furnished by the Lessee shall be and remain the property of the Lessee, except as otherwise provided in the Condition on RESTORATION.

**(DELETE THE FOLLOWING CONDITION FOR LEASE RENEWALS)**

6. **PERFORMANCE OF CONTRACT**

The Lessee agrees to obtain and deliver to the District Engineer, within thirty (30) days, either a valid surety bond issued by a surety corporation licensed by a state regulatory entity, a performance deposit, or an irrevocable letter of credit issued by a Federally insured financial institution in a form satisfactory to the District Engineer. Said surety bond, performance deposit, or letter of credit shall be in the sum of $__________, payable to the United States, and conditioned upon full and satisfactory performance of the obligations of the Lessee herein set forth in this lease. To insure favorable performance by the Lessee of all the covenants, terms and conditions of this lease, said deposit shall be retained or said bond or letter of credit shall be kept in full force and effect by the Lessee until released in writing by the District Engineer upon completion of the development set out in said Development Plan, attached as Exhibit _____, as supplemented or amended, is completed.

$5,000.
$10,000.

7. **CONDITION OF PREMISES**

a. The Lessee acknowledges that it has inspected the premises, knows its condition, and understands that the same is leased without any representations or warranties whatsoever and without obligation on the part of the United States to make any alterations, repairs, or additions thereto.

**(DELETE THE FOLLOWING CONDITION IF NOT APPLICABLE)**

b. As of the date of this lease, an inventory and condition report of all personal property and improvements of the United States included in this lease shall be made by the District Engineer and of the Lessee to reflect the condition of said property and improvements. A copy of said report is attached hereto as Exhibit _____ and made a part hereof. Upon the expiration, revocation, or termination of this lease, another inventory and condition report shall be

similarly prepared. This report shall constitute the basis for settlement for property damaged or destroyed. Any such property must be either replaced or restored to the condition required by the Condition on PROTECTION OF PROPERTY.

8. RATES AND PRICES

a. The rates and prices charged by the Lessee or its sub-lessees shall be reasonable and comparable to rates charged for similar goods and services by others in the area. The District Engineer shall have the right to review such rates and prices and require an increase or reduction when it is determined that the objective of this paragraph has been violated. The Lessee shall keep such rates and prices posted at all times in an appropriate and conspicuous place on the premises. The District Engineer may require submission of a schedule of the rates and prices at any time.

b. However, no user fees may be charged by the Lessee or its sublessees for use of facilities developed in whole or part with federal funds if prohibited by 16 U.S.C. § 460d-3.

9. PROTECTION OF PROPERTY

The Lessee shall be responsible for any damage that may be caused to property of the United States by the activities of the Lessee under this lease and shall exercise due diligence in the protection of all property located on the premises against fire or damage from any and all other causes. Any property of the United States damaged or destroyed by the Lessee incident to the exercise of the privileges herein granted shall be promptly repaired or replaced by the Lessee to the satisfaction of the District Engineer, or, at the election of the District Engineer, reimbursement may be made therefor by the grantee in an amount necessary to restore or replace the property to a condition satisfactory to the District Engineer.

10. RIGHT TO ENTER AND FLOOD

a. The right is reserved to the United States, its officers, agents, and employees to enter upon the premises at any time and for any purpose necessary or convenient in connection with Government purposes; to make inspections; to remove timber or other material, except property of the Lessee; to flood the premises; to manipulate the level of the lake or pool in any manner whatsoever; and/or to make any other use of the lands as may be necessary in connection with project purposes, and the Lessee shall have no claim for damages on account thereof against the United States or any officer, agent, or employee thereof.

b. The Lessee expressly agrees to make no claim under flood insurance issued under any Federal Government program for loss to any property of the Lessee located on the premises which arises from or is incident to the flooding of the premises by the Government. (OPTIONAL: Operation of the project floods the premises to elevation ______ NGVD. Any flooding above this elevation will be presumed to arise from non-government causes and may be covered by flood insurance.)

11. INDEMNITY

The United States shall not be responsible for damages to property or injuries to persons which may arise from or be incident to the exercise of the privileges herein granted, or for damages to the property of the Lessee, or for damages to the property or injuries to the person of the Lessee's officers, agents or employees or others who may be on the premises at their invitation or the invitation of any one of them, and the Lessee shall hold the United States

harmless from any and all such claims not including damages due to the fault or negligence of the United States or its contractors.

12. INSURANCE

a. At the commencement of this lease, the Lessee will obtain from a reputable insurance company, or companies, liability insurance. The insurance shall provide an amount not less than that which is prudent, reasonable and consistent with sound business practices or a minimum Combined Single Limit of $__________, whichever is greater, for any number of persons or claims arising from any one incident with respect to bodily injuries or death resulting therefrom, property damage, or both, suffered or alleged to have been suffered by any person or persons, resulting from the operations of the Lessee under the terms and conditions of this lease, and the Lessee shall require its insurance company to furnish to the District Engineer a copy of the policy or policies, or, if acceptable to the District Engineer, a certificate of insurance evidencing the purchase of such insurance. The minimum amount of liability insurance coverage is subject to revision by the District Engineer every three years or upon renewal or modification of the lease. The policy shall provide that the insurance company give the District Engineer thirty (30) days written notice of any cancellation, non-renewal or change in such insurance.

b. The lessee's sublessees and licensees, at the commencement of operating under the terms of this lease, shall obtain from a reputable insurance company or companies liability insurance. The insurance shall provide an amount not less than that which is prudent, reasonable and consistent with sound business practices, for any number of persons or claims arising from any one incident with respect to bodily injuries or death resulting therefrom, property damage, or both, suffered or alleged to have been suffered by any person or persons, resulting from the operations of the sublessees and licensees under the terms of this lease. The lessee shall require any insurance carrier or carriers to furnish to the District Engineer a copy of the policy or policies, or, if acceptable to the District Engineer, certificates of insurance evidencing the purchase of such insurance.

c. The insurance policy or policies shall be of comprehensive form of contract and shall specifically provide protection appropriate for the types of facilities, services and activities involved. The Lessee shall require that the insurance company give the District Engineer thirty (30) days written notice of any cancellation or change in such insurance. The District Engineer may require closure of any or all of the premises during any period for which the Lessee does not have the required insurance coverage.

(DELETE THE FOLLOWING CONDITION IF NOT APPLICABLE)

d. As to those structures and improvements on the premises constructed by or at the expense of the United States, for such periods the Lessee is in possession of the premises pursuant to the terms and conditions of this lease, the Lessee shall procure and maintain at the Lessee's cost a standard fire and extended coverage insurance policy or policies on the leased premises to the full insurable value thereof. The Lessee shall procure such insurance from a reputable company or companies. The insurance policy shall provide that in the event of loss thereunder, the proceeds of the policy or policies, at the election of the United States, shall be payable to the Lessee to be used solely for the repair, restoration, or replacement of the property damaged or destroyed, and any balance of the proceeds not required for such repair, restoration, or replacement shall be paid to the United States. If the United States does not elect by notice in writing to the insurer within sixty (60) days after the damage or destruction occurs to have the proceeds paid to the Lessee for the purposes hereinabove set forth, then such proceeds shall be paid to the United States, provided however, that the insurer, after payment of any proceeds to the Lessee in accordance with the provisions of the policy or policies, shall have no

obligation or liability with respect to the use or disposition of the proceeds by the Lessee. Nothing herein contained shall be construed as an obligation upon the United States to repair, restore, or replace the leased premises or any part thereof.

13. RESTORATION

On or before the expiration of this lease or its termination by the Lessee, the Lessee shall vacate the premises, remove the property of the Lessee therefrom, and restore the premises to a condition satisfactory to the District Engineer. If, however, this lease is revoked, the Lessee shall vacate the premises, remove said property, and restore the premises to the aforesaid condition within such time as the District Engineer may designate. In either event, if the Lessee shall fail or neglect to remove said property and restore the premises, then, at the option of the District Engineer, said property shall either become the property of the United States without compensation therefor, or the District Engineer may cause the property to be removed and no claim for damages against the United States or its officers or agents shall be created by or made on account of such removal and restoration work. The Lessee shall also pay the United States on demand any sum which may be expended by the United States after the expiration, revocation, or termination of this lease in restoring the premises.

14. NON-DISCRIMINATION

The Lessee shall not discriminate against any person or persons because of race, color, age, sex, handicap, national origin, or religion in the conduct of operations on the leased premises. The Lessee will comply with the Americans with Disabilities Act and attendant Americans with Disabilities Act Accessibility Guidelines (ADAAG) published by the Architectural And Transportation Barriers Compliance Board.

15. APPLICABLE LAWS AND REGULATIONS

a. The Lessee shall comply with all applicable Federal laws and regulations and with all applicable laws, ordinances, and regulations of the state, county, and municipality wherein the premises are located, including, but not limited to, those regarding construction, health, safety, food service, water supply, sanitation, use of pesticides, and licenses or permits to do business.

b. The Lessee will provide an annual certification that all water and sanitary systems on the premises have been inspected and comply with Federal, state and local standards. Lessee will also provide a statement of compliance with the Americans with Disabilities Act, noting any deficiencies and providing a schedule for correction.

c. In addition to other applicable building codes, the lessee shall comply with the current editions of the National Fire Protection Association (NFPA) code 70, National Electric Code, NFPA code 303, Marinas and Boatyards (DELETE IF NOT A MARINA), and other applicable codes covering the type of facilities. The lessee will provide an annual certification that all electrical installations on the premises have been inspected and comply with the applicable NFPA codes.

16. TAXES

Payment of any and all taxes imposed by the state or its political subdivisions upon the property or business of the Lessee on the premises is the responsibility of the Lessee.

17. SUBJECT TO EASEMENTS

This lease is subject to all existing easements, easements subsequently granted, and established access routes for roadways and utilities located, or to be located, on the premises, provided that the proposed grant of any new easement or route will be coordinated with the Lessee, and easements will not be granted which will, in the opinion of the District Engineer, interfere with developments, present or proposed, by the Lessee. The Lessee will not close any established access routes without written permission of the District Engineer.

18. SUBJECT TO MINERAL INTERESTS

This lease is subject to all outstanding mineral interests. As to Federally owned mineral interests, it is understood that they may be included in present or future mineral leases issued by the Bureau of Land Management (BLM), which has responsibility for mineral development on Federal lands. The Secretary will provide lease stipulations to BLM for inclusion in said mineral leases that are designed to protect the premises from activities that would interfere with the Lessee's operations or would be contrary to local laws.

19. TRANSFERS, ASSIGNMENTS, SUBLEASES

a. Without prior written approval of the District Engineer, the Lessee shall neither transfer nor assign this lease or a controlling interest therein (including, without limitation, mergers, consolidations, reorganizations, or other business combinations), nor sublet the premises or any part thereof, nor grant any interest, privilege, or license whatsoever in connection with this lease, nor shall this lease be assignable or transferable by process or operation of law including, but not limited to, insolvency proceedings, bankruptcy, or intestacy, or in any other manner whatever.

(1) Failure to comply with this condition or the procedures described herein shall constitute a material breach of this lease for which this lease may be revoked immediately by the District Engineer, and, the Secretary shall not be obligated to recognize any right of any person or entity to an interest in this lease or to own or operate the facilities authorized hereunder acquired in violation hereof.

(2) The Lessee shall advise the person(s) or entity proposing to enter into a transaction described in Subsection a. above that the District Engineer shall be notified and that the proposed transaction is subject to review and approval by the District Engineer. The Lessee shall request in writing the District Engineer's approval of the proposed transaction and shall promptly provide the District Engineer all relevant documents related to the transaction, and the name(s) and qualifications of the person(s) or entity involved in the proposed transaction.

b. The District Engineer, in exercising discretion to approve or disapprove transfer, assignments, or subleases, shall among other matters, take into consideration the management qualifications of the individuals or entities that would thereby obtain a controlling interest in the facilities or services authorized hereunder, the experience of such individuals or entities with similar operations, and the ability of such individuals or entities to operate the operations authorized hereunder in the public interest.

c. The term "controlling interest" in a Lessee's ownership shall mean, in the instance of a corporate Lessee, an interest beneficial or otherwise, of sufficient outstanding voting securities or capital of the Lessee so as to permit exercise of substantial managerial influence over the operations of the Lessee, and, in the instance of a partnership, joint venture, or individual Lessee, any beneficial ownership of the capital assets of the Lessee sufficient to permit

substantial managerial influence over the operations of the Lessee. The District Engineer will determine at the request of interested parties whether or not an interest in a lease constitutes a controlling interest within the meaning hereof.

d. The Lessee may not enter into any agreement with any entity or person, except employees of the Lessee, to exercise substantial management responsibilities for the operation authorized hereunder or any part thereof without the prior written approval of the District Engineer.

e. No mortgage shall be executed, and no bonds, shares of stock, or other evidence of interest in, or indebtedness upon the assets of the Lessee, including this lease, shall be issued, except for the purposes of installing, enlarging, refinancing or improving plant equipment and facilities, provided that, such assets, in addition, may be encumbered for the purposes of purchasing existing concession plant, equipment and facilities. In the event of default on such a mortgage, encumbrance, or such other indebtedness, or of other assignment, transfer, or encumbrance, the creditor or any assignee thereof shall succeed to the interest of the Lessee in such assets but shall not thereby acquire operating rights or privileges. Such rights or privileges shall be subject to disposition by the District Engineer.

f. The lessee may allow independent private service companies to enter and conduct business on the premises for the benefit of the Lessee's customers on an as-called basis without a formal sublease or license agreement, provided that the service is occasional and incidental to the Lessee's operation and that any compensation paid to the Lessee is included in gross receipts.

g. The Lessee will not sponsor or participate in timeshare ownership of any structures, facilities, accommodations, or personal property on the premises. The lessee will not subdivide nor develop the premises into private residential development.

20. **COMPLIANCE, CLOSURE, REVOCATION AND RELINQUISHMENT**

a. The Lessee and/or any sublessees or licensees are charged at all times with full knowledge of all the limitations and requirements of this lease, and the necessity for correction of deficiencies, and with compliance with reasonable requests by the District Engineer. This lease may be revoked in the event that the Lessee violates any of its terms and conditions and continues and persists in such non-compliance, or fails to obtain correction of deficiencies by sublessees or licensees. The Lessee will be notified of any non-compliance, which notice shall be in writing or shall be confirmed in writing, giving a period of time in which to correct the non-compliance. Failure to satisfactorily correct any substantial or persistent non-compliance within the specified time is grounds for closure of all or part of the premises, temporary suspension of operation, or revocation of the lease, after notice in writing of such intent. Future requests by the Lessee to extend the lease, expand the premises, modify authorized activities, or assign the lease shall take into consideration the Lessee's past performance and compliance with the lease terms.

b. This lease may be relinquished by the Lessee by giving six months prior written notice to the District Engineer in the manner prescribed in the Condition on NOTICES.

c. In addition to the above right of revocation, if the rent or other payments provided to be paid by the Lessee or any part thereof shall be in arrears and unpaid for thirty (30) days after the same shall become due, then, and in such case, the District Engineer may elect to revoke this lease by notification in writing to the Lessee.

21. HEALTH AND SAFETY

a. The Lessee shall keep the premises in good order and in a clean, sanitary, and safe condition and shall have the primary responsibility for ensuring that any sublessees and concessionaires operate and maintain the premises in such a manner.

b. In addition to the rights of revocation for non-compliance, the District Engineer, upon discovery of any hazardous conditions on the premises that presents an immediate threat to the health and/or danger to life or property, will so notify the Lessee and will require that the affected part or all of the premises be closed to the public until such condition is corrected and the danger to the public eliminated. If the condition is not corrected within the time specified, the District Engineer will have the option to: (1) correct the hazardous conditions and collect the cost of repairs from the Lessee; or, (2) revoke the lease. The Lessee will be obligated to pay rental, notwithstanding any interruption or suspension of activities. The Lessee and its assignees or sub-lessees shall have no claim for damages against the United States, or any officer, agent, or employee thereof on account of action taken pursuant to this condition.

22. PUBLIC USE

No attempt shall be made by the Lessee, nor any of its sub-lessees or concessionaires, to forbid the full use by the public of the premises and of the water areas of the project, subject, however, to the authority and responsibility of the Lessee to manage the premises and provide safety and security to the visiting public.

23. PROHIBITED USES

a. The Lessee shall not permit gambling on the premises or install or operate, or permit to be installed or operated thereon, any device which is illegal; or use the premises or permit them to be used for any illegal business or purpose. There shall not be conducted on or permitted upon the premises any activity which would constitute a nuisance.

b. As an exception, some games of chance, such as raffles, games and sporting events, may be conducted by nonprofit organizations under special use permits issued in conjunction with special events, if permissible by state and local law. Any request to conduct a game of chance must be submitted in writing to the District Engineer.

c. In accordance with state and local laws and regulations, the Lessee may sell, store, or dispense, or permit the sale, storage, or dispensing of beer, malt beverages, light wines or other intoxicating beverages on the premises in those facilities where such service is customarily found. Bar facilities will only be permitted if offered in connection with other approved activities. Advertising of such beverages outside of buildings is not permitted. Carry out package sales of hard liquor is prohibited.

24. NATURAL RESOURCES

The Lessee shall cut no timber, conduct no mining operations, remove no sand, gravel, or kindred substances from the ground, commit no waste of any kind, nor in any manner substantially change the contour or condition of the premises, except as may be authorized under and pursuant to the Condition on USE AND DEVELOPMENT OF THE PREMISES herein. The Lessee may salvage fallen or dead timber; however, no commercial use shall be made of such timber.

25. ACCOUNTS AND RECORDS

a. The Lessee shall maintain complete and accurate records and no later than 120 days following the end of the Lessee's fiscal year shall submit to the District Engineer reports and data for the preceding year to include (DELETE ONE OF THE FOLLOWING)

(1) a financial statement for the activity covered by the lease and compiled by an independent certified public accountant or by an independent licensed public accountant certified or licensed by a regulatory authority of a state.

(2) an audited statement of gross income for the activity covered by the lease and prepared by an independent certified public accountant or by a licensed public accountant certified or licensed by a regulatory authority of a state in accordance with the auditing standards and procedures promulgated by the American Institute of Certified Public Accountants. The audited statement will include verification of all gross income for the concession operation, including the gross income of any sublease operation, and certification of the accuracy of the reported income.

b. Financial statements requiring audits and accompanied by remarks such as "prepared from client records without audit" are unacceptable. Audited and reviewed financial statements shall contain appropriate footnotes. The independent licensed or certified public accountant shall include a statement to the effect that the amounts included in the financial report are consistent with those included in the Federal tax returns. If the amounts are not consistent, then a statement showing differences shall be included. An audit of Lessees tax returns is not required.

c. The District Engineer shall have the right at any time (1) to verify all financial reports and copy the books, correspondence, memoranda, income tax returns and other records of the Lessee and sublessees, if any, and of the records of proprietary or affiliated companies, if any, related to this lease during the period of the lease (This right shall extend for such time thereafter as may be necessary to accomplish such verification, but in no event more than five (5) years after the close of the business year of the Lessee) or (2) require the Lessee to furnish an audited financial statement.

27. ENVIRONMENTAL PROTECTION

a. Within the limits of their respective legal powers, the parties to this lease shall protect the project against pollution of its air, ground, and water. The Lessee shall comply promptly with any laws, regulations, conditions or instructions affecting the activity hereby authorized if and when issued by the Environmental Protection Agency, or any Federal, state, interstate or local governmental agency having jurisdiction to abate or prevent pollution. The disposal of any toxic or hazardous materials within the premises is specifically prohibited. Such regulations, conditions, or instructions in effect or prescribed by the Environmental Protection Agency, or any Federal, state, interstate or local governmental agency, are hereby made a condition of this lease. The Lessee shall require all sanitation facilities on boats moored at the Lessee's facilities, including rental boats, to be sealed against any discharge into the lake. Services for waste disposal, including sewage pump-out of watercraft, shall be provided by the Lessee as appropriate. The Lessee shall not discharge waste or effluent from the property in such a manner that the discharge will contaminate streams or other bodies of water or otherwise become a public nuisance.

b. The Lessee will use all reasonable means available to protect the environment and natural resources, and where damage nonetheless occurs arising

from the Lessee's activities , the Lessee shall be liable to restore the damaged resources.

c. The lessee must obtain approval in writing from the District Engineer before any pesticides or herbicides are applied to the premises.

27. PRELIMINARY ASSESSMENT SCREENING

A Preliminary Assessment Screening (PAS) documenting the known history of the property with regard to the storage, release or disposal of hazardous substances thereon, is attached hereto and made a part hereof as Exhibit ______. Upon expiration, revocation or termination of this lease, another PAS shall be prepared which will document the environmental condition of the property at that time. A comparison of the two assessments will assist the District Engineer in determining any environmental restoration requirements. Any such requirements will be completed by the lessee in accordance with the condition on RESTORATION.

28. HISTORIC PRESERVATION

The Lessee shall not remove or disturb, or cause or permit to be removed or disturbed, any historical, archaeological, architectural or other cultural artifacts, relics, remains, or objects of antiquity. In the event such items are discovered on the premises, the Lessee shall immediately notify the District Engineer and protect the site and the material from further disturbance until the District Engineer gives clearance to proceed.

29. SOIL AND WATER CONSERVATION

The Lessee shall maintain, in a manner satisfactory to the District Engineer, all soil and water conservation structures that may be in existence upon said premises at the beginning of, or that may be constructed by the Lessee during the term of, this lease, and the Lessee shall take appropriate measures to prevent or control soil erosion within the premises. Any soil erosion occurring outside the premises resulting from the activities of the Lessee shall be corrected as directed by the District Engineer.

30. LIGHTS, SIGNALS AND NAVIGATION

There shall be no unreasonable interference with navigation by the exercise of the privileges granted by this lease. If the display of lights and signals on any work hereby authorized is not otherwise provided for by law, such lights and signals as may be prescribed by the Coast Guard or by the District Engineer shall be installed and maintained by and at the expense of the Lessee.

31. HUNTING AND TRAPPING

The Lessee shall not hunt or trap or allow hunting or trapping on the premises.

32. TRANSIENT USE

WINSTON

a. Camping, including transient trailers or recreational vehicles, at one or more campsites for a period longer than thirty (30) days during any sixty (60) consecutive day period is prohibited. The Lessee will maintain a ledger and reservation system for the use of any such campsites, said system to be acceptable to the District Engineer.

b. Occupying any lands, buildings, vessels or other facilities within the premises for the purpose of maintaining a full- or part-time residence is prohibited, except for employees, residing on the premises, for security purposes, if authorized by the District Engineer.