**DEPARTMENT OF THE ARMY**
ST. LOUIS DISTRICT, CORPS OF ENGINEERS
1222 SPRUCE STREET
ST. LOUIS, MISSOURI 63103-2833

REPLY TO ATTENTION OF:

JAN 30 2004

Real Estate Division
Management and Disposal Branch

SUBJECT: Sullivan Marina and Campground, L.L.C., Lake Shelbyville, Illinois

Mr. Ben Foster, Esq.
Attorney at Law
Thompson Coburn L.L.P.
One US Bank Plaza
St. Louis, Missouri 63101

Dear Mr. Foster:

The purpose of this correspondence is to inform you of the results of our December 15, 2003, follow-up inspection at Sullivan Marina and Campground. As of that date, Sullivan Marina was not in compliance. You stated in your letters dated January 14, and January 21, 2004, that since the inspection several items were removed and campers were disconnected from the utilities. As of the re-inspection on December 15, however, Sullivan Marina and Campground was not in compliance. The field notes are attached.

Through numerous correspondences in the past, we have indicated to you that under the conditions approved on June 28, 2000, for extended stay camping at Sullivan Marina and Campground, all personal property, except for recreational camping units themselves, was to be removed from campsites and all recreational campers were to be completely disconnected from the utilities by October 31, of each year. In addition, during the 2003 Real Estate Annual Compliance Inspection on April 8, 2003, we stated that Sullivan Marina and Campground was in compliance with the terms and conditions of their lease with the exception of the conditions for extended stay camping. We further stated that we would follow-up at the end of the recreation season to ensure compliance for extended stay camping. It was our expectation that Sullivan Marina and Campground would be one hundred percent in compliance with those conditions.

During our November 5, 2003, follow-up site visit Sullivan Marina and Campground was found to be in non-compliance with the terms and conditions for the storage of campers and in our letter to Sullivan Marina dated November 14, we set a deadline of December 15, 2003, for the remaining campsites to be brought into compliance or we would revoke the extended stay camping privileges at Sullivan Marina and Campground.

Printed on Recycled Paper

Our deadline for removal of all personal property and the requirement that campers be completely disconnected from the utilities was not met as you can verify by the field notes from our December 15, 2004, inspection.

Our letter dated June 28, 2000; Paragraph b. states that camping unit storage is permitted on full service campsites during the off-season from November 1 through March 31 of the following year. Although progress has been made toward compliance, Sullivan Marina and Campground has repeatedly failed to meet the conditions specified for this approval despite repeated requests by this office.

Condition No. 20a. Compliance, Closure, Revocation and Relinquishments, of the Sullivan Marina and Campground lease states: Failure to satisfactorily correct any substantial or persistent non-compliance within the specified time is grounds for closure of all or part of the premises, temporary suspension of operation, or revocation of the lease, after notice in writing of such intent.

This persistent non-compliance can no longer be tolerated, and we are hereby revoking the approval for camping unit storage as given in paragraph b. of our letter to Sullivan Marina dated June 28, 2000. The revocation of this approval for camping unit storage will be effective on November 1, 2004. All campers and personal property are to be removed from the extended stay camping sites each November 1 thereafter. We request that the lessees be informed immediately of this revision and the contracts with them modified as you deem appropriate. In addition, we request that you submit to us a copy of the modified contract you plan to have your lessees execute within 30 days of the receipt of this letter. Please note that this includes the campers owned by Sullivan Marina and Campground located on sites A-2 and J-1.

Please note the following items not in compliance as of December 15, 2003.

a. Boats continue to be stored at the entrance of the Marina. The lease was amended to add additional land for this purpose. Boats are not to be stored in this area and they must be removed prior to April 1, 2004, the beginning of the recreation season, and remain out of this area thereafter.

b. The generator needs to be connected and fully working OR completely removed by April 1, 2003, the beginning of the recreation season.

c. The entire campground and storage area has trash and other debris that needs to be removed. In addition, the operation is littering on private lands adjacent to the campground. Litter and debris must be addressed in a timely manner and at a frequency that does not violate the public's trust in the stewardship responsibilities entrusted to the Federal Government and leased to your care. Nor should your operation on public land result in an impact to our adjacent landowners. Sullivan Marina and Campground must address litter pick up as an ongoing function of their operation.

According to Condition No. 33 of your lease (Disputes Clause), you have the right to make a written demand or written assertion seeking relief relating to this lease. Specifically, you may request that the District Engineer reverse the decision to revoke the approval for camping unit storage as given in paragraph b. of our letter to Sullivan Marina dated June 28, 2000. The procedures for requesting relief are set forth in Condition 33 of your lease (Disputes Clause). The District Engineer must render a decision within sixty (60) days from the date of receipt of your request.

Sincerely,

Timothy J. Nelson
Acting Chief, Real Estate Division

Enclosure

**Field Notes**
**Sullivan Marina and Campground Inspection**
**15 December 2003**

**Extended stay camping and storage:** The following sites were not in compliance:

**A2** - Connected to sewer, water and electric. Small carpet.
**A3** - BBQ grill on site behind electric panel.
**G3** - The camper is connected to an outside A/C unit. Gives the appearance of a permanent structure.
**G2** – Wooden steps and a teki torch on site.
**P8** – Pieces of deck and cinder blocks used for decking on site.
**P9** – Three tarps, a propane tank, old battery and firewood on site.
**J1** – Trailer, deck, chairs, metal locker, grill, 12 gauge shot gun shells on ground and trailer hooked up to services.
**J5** – Steps under camper.
**J7** – Pallets under the trailer. Also what appears to be deck parts.
**K8** – Lawnmower, gas can and wood on back of camper.

**Boat storage in the entrance area of the Marina.** His lease was amended to add more land for this purpose. Boats are not to be stored at the entrance of the Marina.

**Generator** – Needs to be connected and fully working OR completely removed by opening of the camping season in April.

**Storage Area** – Now is the time to be cleaning up all the stuff that is covered by vegetation in the spring/summer.

**Campground** – Entire campground has trash that needs to be removed. The operation is littering on the private lands adjacent to the campground.

**Playground Equipment** - Corrected from 4 November 2003 inspection.