# IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| SULLIVAN MARINA AND CAMPGROUND, L.L.C, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 05-615C |
| | ) | Judge: Charles F. Lettow |
| THE UNITED STATES OF AMERICA, | ) | |
| Defendant. | ) | |

## NOTICE OF VOLUNTARY DISMISSAL

COMES NOW Sullivan Marina and Campground, L.L.C., and pursuant to RCFC 41(a)(1), files its Notice of Voluntary Dismissal, without prejudice, in the above-captioned action.

By s/A. Ben Foster

A. Ben Foster
Thompson Coburn LLP
One US Bank Plaza
St. Louis, Missouri 63101
314-552-6460
FAX 314-552-7460
Counsel for Plaintiff Sullivan Marina and Campground, L.L.C.

Of Counsel:

Thompson Coburn LLP
One US Bank Plaza
St. Louis, Missouri 63101
314-552-6091
FAX 314-552-7091